**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Super 8 Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota Corporation, | Civil Action No. 2:21-cv-07615-BRM-ESK |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| JAI KHODIYAR MA II, INC., a Florida Corporation; and MAHENDRABHAI PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc. ("SWI"), by its attorneys, Connell Foley LLP, seeking the entry of final judgment by default against defendants Jai Khodiyar Ma II, Inc. and Mahendrabhai Patel (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on March 31, 2021, seeking damages as a result of the breach of a franchise agreement between SWI and Defendants; and service of the Summons and Complaint having been effectuated with respect to Jai Khodiyar Ma II, Inc., by personal service in Palakta, Florida on May 6, 2021, and Mahendrabhai Patel, by personal service in Palakta, Florida on May 4, 2021; and Defendants having failed to Answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendants on June 3, 2021 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this \_\_11th\_\_ day of \_\_August_____, 2021,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $98,691.57, comprised of the following:

a) $46,502.01 for Recurring Fees (principal plus prejudgment interest).

b) $52,189.56 for Liquidated Damages (principal plus prejudgment interest).

**ORDERED** that [8]Motion is GRANTED.

_____
**HON. BRIAN R. MARTINOTTI, U.S.D.J.**